IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMAYA AND MARIA ELENA MONTANO,<br><br>    Plaintiffs,<br><br>  v.<br><br>GMAC MORTGAGE, LLC, F/K/A GMAC MORTGAGE CORPORATION,<br><br>    Defendant.<br>                                                           / | No. C 10-01926 WHA<br><br>**ORDER TO SHOW CAUSE** |

       Plaintiffs, proceeding *pro se*, have filed claims relating to a mortgage loan that they obtained. Defendant GMAC filed a motion to dismiss scheduled to be heard on June 24, 2010. Pursuant to Civil Local Rule 7-3, any brief in opposition to the motion from plaintiffs was due on June 3, 2010, but no such opposition has been received. Plaintiffs are **ORDERED** to respond by **JUNE 21, 2010, AT NOON**, and show cause for their failure to respond to the motion in accordance with Civil Local Rule 7-3(a) or alternately to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing scheduled for June 24, 2010, is **VACATED**. A

new hearing shall be noticed by the Court if necessary.  Plaintiffs' failure to respond to the order to show cause will likely result in dismissal.

**IT IS SO ORDERED.**

Dated:  June 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE