IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMAYA AND MARIA ELENA MONTANO,<br><br>      Plaintiffs,<br><br>  v.<br><br>GMAC MORTGAGE, LLC, F/K/A GMAC MORTGAGE CORPORATION,<br><br>      Defendant.<br>                                / | No. C 10-01926 WHA<br><br>**ORDER DISMISSING CASE** |

      Plaintiffs, proceeding *pro se*, filed claims in this action relating to a mortgage loan that they obtained. Defendant GMAC filed a motion to dismiss but plaintiffs did not file a timely opposition. Because plaintiffs are proceeding *pro se*, they were given additional time and the deadline to file their opposition was extended by two weeks. The order warned that "[i]f plaintiffs again fail to file a timely opposition, this matter will likely be dismissed for lack of prosecution" (Dkt. No. 13). Yet again, the deadline has passed and plaintiffs have not provided a response.

      As described, plaintiffs have repeatedly failed to respond in a timely fashion. Due to

their failure to prosecute, this action will be **DISMISSED WITHOUT LEAVE TO AMEND**. Judgment shall be entered.

    **IT IS SO ORDERED.**

Dated: August 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE