IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AMAYA AND MARIA ELENA MONTANO, <br><br> Plaintiffs, <br><br> v. <br><br> GMAC MORTGAGE, LLC, F/K/A GMAC MORTGAGE CORPORATION, <br><br> Defendant. | No. C 10-01926 WHA <br><br> **JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE